## McCullough, Appellant, v. Clawson.

*Appeals—Assignments of error—Assignments not self-sustaining
—Duplicity.*

Assignments of error which are not self-sustaining do not con-
form to the rules, and will not be considered.

An assignment of error objecting to the dismissal of all of the
exceptions is bad for duplicity.

Argued Nov. 22, 1917. Appeal, No. 84, Oct. T., 1917,
by plaintiff, from order of C. P. Indiana Co., March T.,
1916, No. 84, dismissing exceptions to auditor's report
in case of George W. McCullough v. William H. Claw-
son. Before ORLADY, P. J., PORTER, HENDERSON, HEAD,
TREXLER and WILLIAMS, JJ. Appeal quashed.

Exceptions to report of James L. Jack, Esq., auditor.
Before LANGHAM, P. J.

The record showed that nine exceptions were filed to
the auditor's report. All of them were dismissed.

*Errors assigned* were:

(1) In confirming the auditor's report.

(2) In approving of the facts found by the auditor
from the testimony taken by him.

(3) In confirming the auditor's conclusions of law.

(4-10) In finding or not finding certain matters
stated, without setting forth the exceptions to the audi-
tor's report, or rulings on the exceptions.

(11) In dismissing the exceptions filed to the findings
of facts and conclusions of law in his report, as shown
by order dated February 6, 1917, "the exceptions to the
auditor's distribution, as shown by the within schedule

330, (1918).] Assignment of Errors—Opinion of the Court.

of distribution having been argued in open court, upon due consideration thereof, the Court approves the learned auditor's findings of facts and conclusions of law and orders and directs that the exceptions be dismissed and the report of the auditor be confirmed absolutely."

OPINION BY WILLIAMS, J., March 2, 1918:

The amount involved in this appeal is less than $1,500. February 24, 1917, appeal was made to the Supreme Court. No specifications of error were filed there, and no attempt made to perfect the appeal. October 26, 1917, appellant asked to have the case certified to the Superior Court. The assignments of error do not conform to our rules. Ten of them are not self-sustaining, and the one quoting the order of the court and objecting to the dismissal of all the exceptions is bad for duplicity.

The appeal is quashed.